1  WAUKEEN Q. McCOY, ESQ. (SBN: 168228)
   MCCOY LAW FIRM, P.C.
2  111 Maiden Lane, 6th Floor
   San Francisco, California 94108
3  Telephone: (415) 675-7705
   Facsimile: (415) 675-2530
4  E-mail:mail@mccoyslaw.com

5  Attorney for Plaintiffs,
   SAYOM McINTOSH and
6  STEVE McINTOSH

7
   ALECIA W. WINFIELD, ESQ.  (SBN: 209661)
8  LITTLER MENDELSON, P.C.
   2049 Century Park East
9  5th Floor
   Los Angeles, CA  90067
10 Telephone: (310) 553-0308
   Facsimile: (310) 553-5583
11 awinfield@littler.com

12 Attorney for Defendant,
   MARRIOTT INTERNATIONAL, INC.  and
13 fictitiously named Defendant,
   RESIDENCE INN BY MARRIOTT, LLC
14

15

16
                    **UNITED STATES DISTRICT COURT**
17
                 **FOR THE CENTRAL DISTRICT OF CALIFORNIA**
18

19 SAYOM McINTOSH, an individual, and      Case No.  2:21−cv−08195−SB−PVC
   STEVE McINTOSH, an individual,
20
   Plaintiffs,                             **JOINT NOTICE OF SETTLEMENT**
21

22             v.

23
   MARRIOTT INTERNATIONAL, INC., and
24 DOES 1-10, inclusive,

25

26 Defendants.

27

28

---

1
JOINT NOTICE OF SETTLEMENT

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiffs and Defendant have reached a settlement in the above-referenced case. A formal settlement agreement will be circulated between the parties for review and approval. Once all of the appropriate signatures have been obtained, an executed Stipulation of Dismissal of the entire action will be filed.

IT IS SO STIPULATED.

DATE:   MCCOY LAW FIRM, P.C.

By: _____
Waukeen Q. McCoy, Esq.
Attorney for Plaintiffs,
Sayom McIntosh and Steve McIntosh

LITTLER MENDELSON, P.C.

DATE: January 11, 2022   By: _____
Alecia W. Winfield, Esq.
Attorney for Defendant,
Marriott International, Inc. and
fictitiously named Defendant Residence Inn
by Marriott, LLC